UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SANJAY SOOKUL, on behalf of himself and all others similarly situated,   :   23-cv-9282 (SHS)

                Plaintiff,   :   ORDER

   -against-   :

PESTIE, INC.,   :

                Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    By Order dated November 1, 2023, the Court directed that the parties appear for an initial pretrial conference in Courtroom 23A on January 11, 2024, at 10:30 a.m. [Doc. No. 4]. No one appeared in Courtroom 23A today at 10:30 a.m. No return of service affidavit has been filed with the Court as of today. Accordingly,

    IT IS HEREBY ORDERED that:

    1.    If the defendant is not served with the summons and complaint by January 19, 2024, which is 90 days after the October 20 filing of the complaint, the Court will dismiss this action without prejudice; and

    2.    If plaintiff serves defendant with the summons and complaint and files the certificate of service prior to January 19, there will be a pretrial conference on April 18, 2024, at 11:00 a.m.

Dated: New York, New York
          January 11, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.