UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL, on behalf of himself
and all others similarly situated,

                    Plaintiff,

      -against-

PESTIE, INC.,

                    Defendant.

23-CV-9282 (SHS)

Order

---

SIDNEY H. STEIN, U.S. District Judge.

    This is one of over 1100 Americans with Disabilities Act claims in this district brought by plaintiff's counsel since 2020.

    On November 1, 2023, the Court scheduled an initial pre-trial conference for January 11, 2024. No one appeared for either party at that conference.

    Following the January 11 conference, the Court ordered plaintiff to file a certificate of service and scheduled the next pre-trial conference for April 18, 2024. A waiver of service was filed by plaintiff, but no one appeared at the April 18 conference.

    The next pre-trial conference is scheduled for April 24, 2024 at 11 AM in Courtroom 23A. If no one appears for a third time, the Court will dismiss the action with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See Manigaulte v. C.W. Post of Long Island Univ.*, 533 F. App'x 4, 5 n.2 (2d Cir. 2013).

Dated: New York, New York
       April 18, 2024

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.